

FILED
JUL 16 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  VNP  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON LIZARRAGA,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. 13-CV-00507 BEN<br>(Crim. Case No. 10-CR-3617 BEN-8)<br>**ORDER:**<br>**(1) DENYING ORIGINAL MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE AS MOOT [ECF No. 422]**<br>**(2) DENYING "MOTION SOME DISPOSITION" [ECF No. 443]**<br>**(3) SETTING BRIEFING SCHEDULE ON AMENDED MOTION** |

On March 4, 2013, Petitioner Milton Lizarraga filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Before the Court had reviewed his filing, Petitioner filed an amended motion, which is based on a claim that his counsel failed to file an appeal when requested. (ECF No. 430). In light of the amended filing, Petitioner's first motion is **DENIED** as moot. The motion filed at ECF No. 430 is the operative motion.

Petitioner subsequently filed: (1) a motion to compel his trial counsel to "provide to petitioner with copies of every single documents filed before this

honorable court," (2) a motion for leave to amend. (ECF Nos. 433 & 435). Petitioner indicated that he had "only filed certain part [sic] of his § 2255 motion" and that he needed to investigate "the essential elements of the trial" in order to present "other issues." The Court denied the motion to compel but granted Petitioner 45 days to file an amended motion. (ECF No. 437). Petitioner did not do so. Instead, Petitioner filed a "Motion for Some Disposition," which the Court construes as a request for a trial transcript at government expense. Petitioner clarifies that he needs the transcript to fully review "alleged trial errors." The motion is **DENIED**. Under 28 U.S.C. § 753(f), fees for transcripts furnished in proceedings brought under § 2255 shall be paid by the United States if the trial judge certifies that the suit is not frivolous and the transcript is needed to decide the issue presented. Petitioner has not made a particularized showing that he needs the transcript to present his claim. *See Sistrunk v. United States*, 992 F.2d 258, 259 (10th Cir. 1993) ("Conclusory allegations that a defendant was denied effective assistance of counsel, without more, do not satisfy the requirements of 753(f)."); *Heffington v. United States*, 2010 U.S. Dist. LEXIS 113635, at *9 (E.D. Cal. Oct. 12, 2010).

Upon review of the motion filed at ECF No. 430, **IT IS HEREBY ORDERED**:

1. Respondent shall file an answer or other responsive pleading to show cause why the motion should not be granted. Respondent shall file the pleading no later than August 12, 2013. Respondent must serve a copy of the pleading upon the Petitioner concurrently with the filing of the pleading with this Court.

2. Petitioner may submit a reply to the Respondent's answer or other pleading no later than September 9, 2013. At that time, the matter will be taken under submission and a decision will be issued in due course. CIVLR 7.1(d)(1).

//
//

3. The Clerk of Court shall serve a copy of this order and the Motion on the United States Attorney General or an authorized representative.

**IT IS SO ORDERED.**

DATED: July 15, 2013

HON. ROGER T. BENITEZ
United States District Court Judge